UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 10548
    AILEEN FELICE ROSENBERG
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-3582
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/28/2008 and was confirmed 08/27/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 01/08/2009.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF CHICAGO PARKING | UNSECURED | 200.00 | .00 | .00 |
| CITY CHICAGO BUREAU PARK | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 182.13 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 618.80 | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | NOT FILED | .00 | .00 |
| ISAC | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| SAUGNASH DENTAL | UNSECURED | 807.70 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 320.79 | .00 | .00 |
| PHARIA LLC | UNSECURED | 570.89 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1794.02 | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE ARRE | .00 | .00 | .00 |
| CASA BONITA COND ASSOC | SECURED | 2853.00 | .00 | 366.10 |
| CASA BONITA COND ASSOC | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| ANTHONY AILLIO | NOTICE ONLY | NOT FILED | .00 | .00 |
| CASA BONITA COND ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| CODILIS & ASSOCIATES | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| MELVIN J KAPLAN | DEBTOR ATTY | 3,500.00 | | 1,473.90 |
| TOM VAUGHN | TRUSTEE | | | 160.00 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    2,000.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 08 B 10548 AILEEN FELICE ROSENBERG

```
PRIORITY                                              .00
SECURED                                            366.10
UNSECURED                                             .00
ADMINISTRATIVE                                   1,473.90
TRUSTEE COMPENSATION                               160.00
DEBTOR REFUND                                         .00
                     ---------------    ---------------
TOTALS                      2,000.00           2,000.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09                 /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE